Koeltl, G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MATTEL, INC.,

                        Plaintiff,          09 CV 9683 (JGK)

        -against-                         STIPULATION TO TRANSFER CASE

M/V "CMA-CGM VIVALDI", her engines,
Boilers, etc. and CMA-CGM, SA.,

                      Defendant.

-----------------------------------------------------------X

CMA-CGM, SA,

                Third-Party Plaintiff,

        -against-

BNSF RAILWAY COMPANY,

                Third-Party Defendant.

-----------------------------------------------------------X

       IT IS HEREBY stipulated and agreed by and between all parties that this matter is transferred forthwith to the United States District Court, Central District of California.

Dated: New York, New York
~~March 18, 2010~~
April 9, 2010
SO ORDERED

/s/ G. Koeltl
U.S.D.J.
4/14/10.

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/10

Marshall, Dennehey, Warner, Coleman & Goggin
Attorneys for Plaintiff
MATTEL, INC.

By: _____
William R. Connor III (WC-4631)
Wall Street Plaza
88 Pine Street 21st Floor
New York, NY 10005
212-376-6400
File #13203.00126

FREEHILL, HOGAN & MAHAR
Attorneys for Defendant/Third-Party Plaintiff
CMA-CGM, SA

By: _____
Michael Fernandez
80 Pine Street 24th Floor
New York, NY 10005
212-425-1900

27/1470782.v1